## STATEMENT OF DEFAULT

Debtor(s): Patricia M. Bach   Case No. 18 B 07070   Chapter 13

Moving Creditor: Nationstar Mortgage LLC d/b/a Champion Mortgage Company   Date Case Filed: 3/12/2018

Nature of Relief Sought:   ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 7/10/2018

1. Collateral

    a. ☒ Home
    b. ☐ Car
    c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $160,515.99
   Total of all other Liens against Collateral $0

2. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

3. Estimated Value of Collateral (*must* be supplied in *all* cases) $174,000.00

4. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $ _____

    b. ☐ Post-Petition Default
       i. ☐ On direct payments to the moving creditor
          Number of months _____   Amount $ _____
       ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____
       Amount $ _____

5. Other Allegations

    a. ☒ Lack of Adequate Protection §362(d)(1) _____
       i. ☐ No insurance
       ii. ☒ Taxes unpaid   Amount $1,377.79
       iii. ☐ Rapidly depreciating asset _____
       iv. ☐ Other _____
    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c. ☐ Other "Cause" § 362(d)(1)
       i. ☐ Bad Faith (describe) _____
       ii. ☐ Multiple filings
       iii. ☐ Other (describe) _____
    d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm         ii. ☐ Redeem
       iii. ☐ Surrender      iv. ☐ No Statement of Intentions Filed

Date: June 1, 2020   **/s/ Kathryn A. Klein** _____
                    Attorney for Secured Creditor